In the Matter of the Accounting of JULIUS LEHREN-KRAUSS et al., as Executors of WILHELMINE DORING, Deceased.

FRIEDA H. LEIDING et al., Appellants; JULIUS LEHREN-KRAUSS et al., as Executors, et al., Respondents.

(Argued May 22, 1935; decided June 11, 1935.)

*Joseph Steven Frank* and *Rudolph Loreck* for appellants.

*J. Jolles* for Consul General of Republic of Poland, respondent.

Order affirmed, with costs payable out of the estate. No opinion.   (See 268 N. Y. 668.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.